# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700005

_____

## UNITED STATES OF AMERICA
Appellee

v.

## DAVID M. DILLON
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding General, 3d Marine Logistics Group, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Captain Charles C. Olson, USMC.
For Appellant: Captain Kimberly D. Hinson, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 31 May 2017

_____

Before MARKS, RUGH, and MILLER, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court